IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

AMETHA CHERIE BROADWATER     *
    *
v.     *     Civil No. – JFM-17-1423
    *
MAXIM HEALTHCARE SERVICES, INC.     *
******

MEMORANDUM

Defendant has filed a motion to transfer this case to the United States District Court for the Western District of Virginia. The motion will be granted. Plaintiffs' choice of forum is, of course, entitled to great weight. However, here plaintiffs are residents of Bristol, Virginia. Moreover, plaintiffs' claims arose in Virginia, and potential witnesses include persons who conduct business in Virginia. Moreover, the case arises under Virginia law.

Plaintiffs' only contention in bringing the action in this district is that Maxim Healthcare Services, Inc. is headquartered in Columbia, Maryland. Plaintiffs contend that Maxim's employees may have been trained in Maryland. However, Maxim has submitted the affidavit of Paula Adams stating that Karen Bird, R.N., who was primarily responsible for the treatment of plaintiffs' child, was trained, oriented and supervised at the Abingdon, Virginia office. Thus, the record belies plaintiffs' claim.

A separate order transferring this case to the United States District Court for the Western District of Virginia in Abingdon is being entered herewith.

Date: _July 17, 2017_          _____
                                                                  J. Frederick Motz
                                                                  United States District Judge